1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3

4

5    CHRIS DEJEAN

6                              CIVIL ACTION NO.:
                               2:16-CV-14287
7

8    VERSUS

9                              SECTION "N"

10

11   CAILLOU ISLAND TOWING, CO.,
     INC.
12

13

14

15        Deposition of WILLIAM H. KINNARD, M.D.,

16   taken at the GULF COAST ORTHOPEDIC CLINIC, 1001

17   School Street, Houma, Louisiana  70360 on May 23rd,

18   2017, commencing at 5:23 p.m..

19

20

21

22

23

24

25

**EXHIBIT A**

1   difficulty with pain in his knee.  And the repeat

2   scans were done to make sure that we weren't

3   overlooking something that might be cause for his

4   pain.

5        Q    Okay.  And you were not overlooking

6   anything, correct?

7        A    Correct.

8        Q    The scans were essentially unchanged --

9        A    Correct.

10       Q    -- or were unchanged, not essentially?

11       A    They were unchanged.

12            MR. DEGRUY:

13                 Okay.  Thank you, Doctor.

14   That's all I have.

15            BY MS. WILLIS:

16       Q    Very briefly, Doctor, the medical history

17   that you took, you took directly from Mr. DeJean,

18   right?

19       A    Yes.

20       Q    Including the fall on the wet deck,

21   correct?

22       A    That's what I have recorded.  I'm assuming

23   that that's what he told me.

24       Q    Okay.  He, you said he had an extended

25   course of -- let me back up:  According to your

1    notes, you prescribed Percocet for him one every six

2    hours after the surgery.  But on the 11th of June

3    which was the day after the surgery, there was a

4    call from his wife saying that he was in increasing

5    pain.  And at least according to your office note,

6    you told him that he could increase the Percocet to

7    one to two every four hours.

8         A    (Witness viewing document) Yes.

9         Q    Okay; so that would have been because of

10   the pain that he was experiencing in the immediate

11   postoperative period?

12        A    Yes.

13        Q    Okay.  But he continued to take the

14   Percocet until you discharged him, I believe, is

15   that correct, or continued to have it prescribed?

16        A    I'll have to look at each note

17   individually to tell you that.

18        Q    Well, can we say for several months

19   thereafter?  I've got, I think, according to --

20        A    I think for several months thereafter is

21   permissible.  But I'd have to look at each note to

22   tell you the actual duration of time.

23             MR. DEGRUY:

24                  Can I --

25             MS. WILLIS:

```
 1                    Oh, sure.
 2          MR. DEGRUY:
 3                    On the June 9th of '16 note, he
 4  was still prescribing him Percocet.
 5          MS. WILLIS:
 6                    And I have October 15th, 20 --
 7  oh, June 9th.  Okay, so thanks.
 8          MR. DEGRUY:
 9                    Which I think it's like the
10  second to last one.
11          BY MS. WILLIS:
12     Q    Okay.  What are the side effects of
13  Percocet?
14     A    Well, Percocet is a narcotic.  It is
15  addictive or can be addictive.  Common side effects
16  would be lightheadedness, drowsiness, confusion,
17  constipation.
18     Q    And so forth?
19     A    There's a list that's endless.
20     Q    Maybe not.  You said that he had an
21  extended course of physical therapy, correct?
22     A    Yes.
23     Q    And he was diligent about going to the
24  physical therapy?
25     A    Yes.
```